NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FACEBOOK, INC.,**
*Appellant*

**v.**

**WINDY CITY INNOVATIONS, LLC,**
*Cross-Appellant*

---

2018-1400, 2018-1401, 2018-1402, 2018-1403, 2018-1537,
2018-1540, 2018-1541

---

Appeals from the United States Patent and Trademark
Office, Patent Trial and Appeal Board in Nos. IPR2016-
01156, IPR2016-01157, IPR2016-01158, IPR2016-01159,
IPR2017-00659, IPR2017-00709.

---

## ON PETITION FOR REHEARING EN BANC

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK,
MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN,
HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Appellant Facebook, Inc. filed a combined petition for panel rehearing and rehearing en banc.  The petition was first referred to the panel that heard the appeal, which granted the petition in part as indicated in the accompanying order.  Thereafter, the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The petition for rehearing en banc is denied.

2) The mandate of the court will issue on October 13, 2020.


FOR THE COURT

September 4, 2020                    /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court